# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| BRIAN NEAL GEE, | ) |
| | ) |
|     PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) CIVIL NO. 2:17-CV-01-DBH |
| NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| | ) |
|     DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 12, 2017, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on December 26, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **VACATED** and the case is **REMANDED** for proceedings consistent with the Recommended Decision.

**SO ORDERED.**

**DATED THIS 3RD DAY OF JANUARY, 2018**

                                                    /S/ D. BROCK HORNBY
                                                    **D. BROCK HORNBY**
                                                    **UNITED STATES DISTRICT JUDGE**